IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **Plaintiff,** | * | |
| | * | |
| **VS.** | * | **CASE NO. 2:06-MJ-39-SRW-3** |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
|     **Defendant.** | | |

### NOTICE OF APPEARANCE

Come now Andrew M. Skier, and hereby files this notice of appearance on behalf of the defendant in the above-styled cause. The Defendant moves that Hon. Malcolm R. Newman be allowed to withdraw as appointed counsel.

Respectfully submitted this the 3d day of May, 2006.

                      S/ Andrew M. Skier
                      ANDREW M. SKIER  (SKI013)
                      PO Box 4100
                      Montgomery, AL  36103-4100
                      (334) 263-4105 (Voice) (334) 263-4766 (Fax)
                      Email:  amskier@mindspring.com

IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 2:06-MJ-39-SRW-3 |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

**A. Clark Morris**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

 S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com