IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr123-MHT |
| | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>May 17, 2006, at 10:00 a.m.</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>CARLOS SOLANO-OLASCOAGA</u> before the United States District Court at Courtroom 5A, on the <u>17th</u> day of May, 2006, at 10:00 a.m.

DONE, this the <u>3rd</u> day of May, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By:  /s/
Deputy Clerk