IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CR NO.: 2:06-CR-123-MHT |
| | * | |
| CARLOS SOLANO-OLASCOAGA | * | |
| | * | |
| | * | |

## MOTION TO WITHDRAW

Comes now Malcolm R. Newman and moves this Court for Leave to Withdraw as Counsel for Defendant in that the Defendant has retained Andrew M. Skier as his Counsel.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Defendant Morales
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Moorer, Esq.
Assistant U.S. Attorney
P.O. Box 197
Montgomery, Alabama 36101

Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

A. Clark Morris
Post Office Box 197
Montgomery, Alabama 36101

/s/ Malcolm R. Newman, Esq.
Malcolm R. Newman, Esq.