IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR123-MHT |
| | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw, filed on 8 May 2006 (Doc. # 63), is GRANTED.

DONE this 9th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE