IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-123-MHT |
| | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed May 18, 2006, and for good cause, it is

ORDERED that the motion be and hereby is granted.

It is hereby ORDERED that the United States Marshals Service release custody of CARLOS SOLANO-OLASCOAGA, to Special Agents Neill Thompson, HIDTA; Scott Edwards, HIDTA; and/or Eddie Spivey, HIDTA, on May 19, 2006, through August 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Neill Thompson, Scott Edwards, and/or Eddie Spivey return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 19th day of May, 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE

        FOR

        VANZETTA PENN MCPHERSON
        UNITED STATES MAGISTRATE JUDGE