IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 2:06-cr-123-MHT |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
| Defendant. | | |

### MOTION TO ALLOW SUBSTITUTE COUNSEL FOR PRETRIAL CONFERENCE

Comes now Andrew M. Skier, attorney of record for the above-named defendant, and hereby requests that this Honorable Court allow Hon. Kevin Butler to stand in for the undersigned at the Pretrial Conference scheduled for Friday, June 9. As grounds, the undersigned states as follows:

1. That the undersigned will be out of the State of Alabama on June 9.

2. That Mr. Butler has agreed to stand in for the undersigned. Mr. Butler will have full authority to proceed as if the undersigned were present at said hearing.

Respectfully submitted this the 5th day of June, 2006.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. 2:06-MJ-39-SRW-3 |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
| **Defendant.** | | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Hon. A. Clark Morris**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197


 S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com