**COURTROOM DEPUTY'S MINUTES**          **DATE:**  6/9/06

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording: 9:06 - 9:07**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson      DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER:  2:06cr123-MHT**          **DEFENDANT(S): Carlos Solano-Olascoaga**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris | * | Kevin Butler standing in for |
| | * | Andrew Skier (Solano-Olascoaga) |
| (NOT PRESENT) | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**          **Complete**

❒ **PENDING MOTION STATUS:**
                              **None**

❒ **PLEA STATUS:**          **Likely Plea**

❒ **TRIAL STATUS**          **3 days for trial**

❒ **REMARKS:**