\  IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:06cr123-MHT** |
| | ) | |
| **CARLOS SOLANO-OLASCOAGA** | ) | |

## ORDER ON MOTION

Upon consideration of the Motion to Allow Substitute Counsel for Pretrial Conference (Doc. #91), filed on 6 June 2006, and for good cause, it is

ORDERED that the motion is GRANTED.

**DONE** this 9th day of June 2006.

/s/ Vanzetta Penn McPherson
**UNITED STATES MAGISTRATE JUDGE**