**COURTROOM DEPUTY'S MINUTES**            **DATE:** 7/17/06

**MIDDLE DISTRICT OF ALABAMA**            **Digital Recording: 9:37 - 9:41**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson**     **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER:  2:06cr123-MHT**          **DEFENDANT(S): Horacio Jaimes-Albiter**
                                  **Carlos Solano-Olascoaga**
                                  **Francisco Ulloa-Jiminez**
                                  **Julio Cesar Zavala-Ulloa**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris | * | Ben E. Fulmer (Jaimes-Albiter) |
| | * | Andrew Skier (Solano-Olascoaga) |
| | | John Poti (Ulloa-Jiminez) |
| | | Charles E. Vercelli, Jr.(Zavala-Ulloa)(NOT PRESENT) |
| | * | |

❏ **DISCOVERY STATUS:**        **Complete**
_____
_____
_____

❏ **PENDING MOTION STATUS:**        **None**
_____
_____
_____

❏ **PLEA STATUS:**        **Likely Pleas as to all defendants**
                  **Plea Negotiations Open as to defendant Julio Cesar Zavala-Ulloa**
_____
_____
_____

❏ **TRIAL STATUS**        **3 Days for Trial**
                  **8/7/06 Trial Term**
_____
_____
_____

❏ **REMARKS:   AUSA Clark Morris will submit Plea Agreements by 7/18/06 to counsel for defendants**
                  **Horacio Jaimes-Albiter**
_____
                  **Andrew Skier**
_____
                  **John Poti**
_____
        **Court to issue an order setting above defendants for a Change of Plea Hearing**