IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 2:06-cr-123 MHT |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
| Defendant. | | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Carlos Solano-Olascoaga, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in the Indictment.

Respectfully submitted this the 24th day of July 2006.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. 2:06-cr-123 MHT |
| | * | |
| **CARLOS SOLANO-OLASCOAGA** | * | |
|     **Defendant.** | | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant US Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

 S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com