MIDDLE DISTRICT OF ALABAMA COURT REPORTER: Jimmy Dickens

❑ ARRAIGNMENT    x CHANGE OF PLEA    ❑ CONSENT PLEA

❑ RULE 44(c) HEARING    ❑ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:06cr123-MHT*    **DEFENDANT NAME:** *Carlos Solano-Olascoaga*
**AUSA:** *A. Clark Morris*    **DEFENDANT ATTY:** *Andrew M. Skier*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( ) Panel CJA;    (X) CDO

**USPO:** Jakki Caple

Defendant __x__ does _____ does NOT need and interpreter.

Interpreter present? _____ NO __x__ YES    Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty    ❑ Nol Contendere

❑ Not Guilty by reason of insanity

X-Guilty as to:

   X-Count(s) __1, 2__ of the Felony Indictment.

   ❑ Count(s) _____    ❑ dismissed on oral motion of USA;

   ❑ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X — Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❑ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release
   ❑ summons; for:

   ❑ Trial on _____;    ❑ Sentencing on _____    ❑ _____ Bond    ❑ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❑ Posting a $_____ Bond;

   ❑ Trial on _____;    or    X- Sentencing -X- to be set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.