# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  October 12, 2006          AT  11:40  A.M./P.M.

DATE COMPLETED  October 12, 2006          AT  11:52  A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06-cr-123-03-MHT
        VS.

CARLOS SOLANO-OLASCOAGA

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Andrew M. Skier |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

Beverly Childress, Interpreter

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SENTENCING HEARING

| | |
|---|---|
| 11:40 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure and motion for reduction in criminal offense level. |
| 11:52 a.m. | Hearing concluded. |